IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND MCCANDLESS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-2293 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL NUTTER, LOUIS GIORLA, | : | |
| M. FARRELL, and MAJOR ABELLO, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 4th day of May, 2017, for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.